IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:16-CR-145-7-TWT |
| VERTUIES WALL<br>also known as<br>Vert, | |
| Defendant. | |

**ORDER**

This is a criminal RICO action. It is before the Court on the Report and Recommendation [Doc. 1188] of the Magistrate Judge recommending denying the Defendant's Motion for Bill of Particulars [Doc. 675] as moot and granting the Defendant's Motion to Suppress [Doc. 704]. The Court approves and adopts the Report and Recommendation as the judgment of the Court as to the Defendant's Motion for Bill of Particulars [Doc. 675] which is DENIED as moot. I am inclined to agree with the Magistrate Judge that the search warrant did not authorize a search of the black suitcase. But it did expressly authorize a search of the "plastic containers." There is a dispute as to whether the ammunition was found in the suitcase or in one of the plastic containers. Therefore, I will hold a de novo evidentiary hearing on this

issue. For now, I decline to adopt the Report and Recommendation as to the Defendant's Motion to Suppress [Doc. 704].

SO ORDERED, this 16 day of October, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge